**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7734**

_____

CHESTER JAMES DOLES,

Plaintiff - Appellant,

versus

CALVIN T. KRAMMES, Former 1992 Police Chief,
Town of Elkton; TOWN OF ELKTON, VIRGINIA;
JAMES CROUSE, Mayor, Town of Elkton; KENNARD
MERREY, Former 1992 Town of Elkton Commission-
er; JESSIE P. BOYD, Former 1992 Town of Elkton
Commissioner; GENE A. BROOMELL, Former 1992
Town of Elkton Commissioner; CONSTANCE W. DUN-
BARR, Former 1992 Town of Elkton Commissioner,
in their Official and Individual capacities,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-95-
2609-ADM)

_____

Submitted: September 5, 1996      Decided: September 13, 1996

_____

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Chester James Doles, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Doles v. Krammes</u>, No. CA-95-2609-ADM (D. Md. Sept. 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>